# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| BRUCE GRULKOWSKI, et al., | : | Case No. 1:21-cv-196 |
| Plaintiff, | : | |
| | : | Judge Timothy S. Black |
| vs. | : | |
| SIEMENS INDUSTRY, INC., | : | |
| Defendant. | : | |

## CONDITIONAL ORDER OF DISMISSAL

The Court being advised that the parties have reached an agreement to settle this civil action;

It is **ORDERED** that all claims in this action are hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within 45 days, move to reopen the action if settlement is not consummated. Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

The status conference scheduled for January 4, 2022, is hereby **VACATED**. The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

**IT IS SO ORDERED.**

Date: 1/3/2022

*s/Timothy S. Black*
Timothy S. Black
United States District Judge